**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MORRIS, GLEN A, SR. | § Case No. 10-27652 |
| MORRIS, KATHLEEN B | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/18/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2011    By: /s/DEBORAH K. EBNER
                                                                                     Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MORRIS, GLEN A, SR. | § | Case No. 10-27652 |
| MORRIS, KATHLEEN B | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,000.00 |
| **Balance on hand:** | $ 8,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,550.00 | 0.00 | 1,550.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 7.64 | 0.00 | 7.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,557.64 |
| Remaining balance: | $ 6,442.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     6,442.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     6,442.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,072.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,925.36 | 0.00 | 443.10 |
| 2 | RBS Citizens | 7,068.41 | 0.00 | 797.88 |
| 3 | Chase Bank USA, N.A. | 6,702.46 | 0.00 | 756.57 |
| 4 | Chase Bank USA, N.A. | 7,241.83 | 0.00 | 817.46 |
| 5 | Chase Bank USA, N.A. | 3,795.29 | 0.00 | 428.41 |
| 6 -2 | Sallie Mae | 12,112.10 | 0.00 | 1,367.21 |
| 7 | Capital Recovery III LLC | 11,303.97 | 0.00 | 1,275.99 |
| 8 | American Express Centurion Bank | 4,923.31 | 0.00 | 555.74 |

Total to be paid for timely general unsecured claims:  $     6,442.36
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                   Date Rcvd: Feb 11, 2011
Case: 10-27652                Form ID: pdf006              Total Noticed: 46

The following entities were noticed by first class mail on Feb 13, 2011.
db/jdb        +Glen A Morris, Sr.,    Kathleen B Morris,    137 Wethersfield,    Bolingbrook, IL 60440-3074
aty           +Diane A Aniolowski,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
15738428      +Adventist Bollingbrook Hospital,    POBox 9287,    Hinsdale, IL 60522-9287
15738429      +Adventist Hinsdale Hospital,    PO Box 9247,    Hinsdale, IL 60522-9247
15738430       Adventist LaGrange Memorial,    PO Box 9234,    Hinsdale, IL 60522-9234
15738432      +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16367133       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15738433      +Arturo Menchaca, MD,    2450 S. Wolf Rd,    Westchester, IL 60154-5643
15738434      +Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
15738435      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
15738437     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
               (address filed with court: Chase,    Po Box 1093,    Northridge, CA 91328)
15738436      +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15738438       Chase,    Bank One Card Serv,    Westerville, OH 43081
16056886       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15738439      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
15738440      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
15738443      +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
15738444      +G M A C,    P O Box 380901,    Bloomington, MN 55438-0901
15738445      +Gb Algonquin,    234 S Randall Rd,    Algonquin, IL 60102-9775
15738448      +Glen A. Morris, Jr.,    310-D Woodcreek Dr.,    Apt. 308,    Bolingbrook, IL 60440-3364
15738449      +Hfc - Usa,    Po Box 3425,    Buffalo, NY 14240-3425
15738451      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15738452      +Hsbc/music,    Pob 15521,    Wilmington, DE 19850-5521
15738454      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15738455      +Medical Recovery Specialists, Inc.,    2200 E Devon Ave,    Ste 288,    Des Plaines, IL 60018-4501
15738456      +North American Credit Services,    2810 Walker Road,    Suite 100,    Chattanooga, TN 37421-1082
16017079      +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15738457      +Rbs Citizens Na,    1000 Lafayette Blv,    Bridgeport, CT 06604-4725
15738458      +Rush Oak Park Hospital,    520 S Maple Ave,    Oak Park, IL 60304-1097
16155488      +Sallie Mae,    C/O Sallie Mae, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
15738459      +Sallie Mae,    11100 Usa Parkway,    Fishers, IN 46037-9203
15738460      +Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,    Kansas City, MO 64195-0363
15738461      +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
15738462      +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
15738463     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
15738464      +Wash Mutual/providian,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
15738465      +Wfnnb/roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
The following entities were noticed by electronic transmission on Feb 11, 2011.
16285519       E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2011 22:59:43      Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15967457       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:43      Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15738441      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:43      Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15738442      +E-mail/Text: swilloughby@firstbt.com                            First Bank & Trust,
                820 Church Street,    Evanston, IL 60201-3764
15738446      +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2011 22:59:41      Gemb/jcp,    Attention: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
15738447      +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2011 02:15:47      Gemb/walmart,    Po Box 981400,
                El Paso, TX 79998-1400
15738450      +E-mail/Text: pgray@hinsdalebank.com                             Hinsdale Bank & Trust,
                25 E First St,    Hinsdale, IL 60521-4119
15738453      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 11 2011 22:57:06      Kohls/chase,    Po Box 3115,
                Milwaukee, WI 53201-3115
16155488      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 11 2011 23:00:11      Sallie Mae,
                C/O Sallie Mae, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
15738459      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 11 2011 23:00:12      Sallie Mae,    11100 Usa Parkway,
                Fishers, IN 46037-9203
                                                                                              TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15738431*     +Adventist LaGrange Memorial,    PO Box 9234,    Hinsdale, IL 60522-9234
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Feb 11, 2011
Case: 10-27652                Form ID: pdf006           Total Noticed: 46

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**          **Signature:**   *Joseph Speetjens*