# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MORRIS, GLEN A, SR.  Case No. 10-27652
      MORRIS, KATHLEEN B

Chapter 7

_____,
                Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00             Assets Exempt: $53,878.34
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,442.47     Claims Discharged
                                                            Without Payment: $59,036.26

Total Expenses of Administration: $1,557.64

---

    3) Total gross receipts of $ 8,000.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.11 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $223,019.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,557.64 | 1,557.64 | 1,557.64 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 65,041.00 | 57,072.73 | 57,072.73 | 6,442.47 |
| **TOTAL DISBURSEMENTS** | $288,060.00 | $58,630.37 | $58,630.37 | $8,000.11 |

4) This case was originally filed under Chapter 7 on June 21, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2011        By: /s/DEBORAH K. EBNER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wife had a possible interest in the estate of he | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Bank & Trust | 4110-000 | 13,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 200,214.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 4110-000 | 9,555.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$223,019.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 7.64 | 7.64 | 7.64 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 1,557.64 | 1,557.64 | 1,557.64 |
|---|---|---|---|---|

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,925.00 | 3,925.36 | 3,925.36 | 443.10 |
| 2 | RBS Citizens | 7100-000 | 7,068.00 | 7,068.41 | 7,068.41 | 797.89 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,702.00 | 6,702.46 | 6,702.46 | 756.59 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 7,241.00 | 7,241.83 | 7,241.83 | 817.47 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 3,795.00 | 3,795.29 | 3,795.29 | 428.42 |
| 6 -2 | Sallie Mae | 7100-000 | 11,980.00 | 12,112.10 | 12,112.10 | 1,367.24 |
| 7 | Capital Recovery III LLC | 7100-000 | 11,001.00 | 11,303.97 | 11,303.97 | 1,276.01 |
| 8 | American Express Centurion Bank | 7100-000 | 4,923.00 | 4,923.31 | 4,923.31 | 555.75 |
| NOTFILED | Kohls/chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/music | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hfc - Usa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd Sears Bk Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/roomplace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wash Mutual/providian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Oak Park Hospital | 7100-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist Bollingbrook Hospital | 7100-000 | 333.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist Bollingbrook Hospital | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist Hinsdale Hospital | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 5,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist LaGrange Memorial | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED | Arturo Menchaca, MD | 7100-000 | 920.00 | N/A | N/A | 0.00 |
| NOTFILED | Adventist LaGrange Memorial | 7100-000 | 1,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Gb Algonquin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 65,041.00 | 57,072.73 | 57,072.73 | 6,442.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-27652  
**Case Name:** MORRIS, GLEN A, SR.  
MORRIS, KATHLEEN B  
**Period Ending:** 05/26/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 06/21/10 (f)  
**§341(a) Meeting Date:** 08/02/10  
**Claims Bar Date:** 11/03/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate located at 137 Wethersfield 60440, P | 171,527.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Charter One | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 3 | Checking account with Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account with Harris Bank | 175.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Personal used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Principal Term Life Insurance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Employer Provided Term Life Insurance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Wilton Industries, Inc. Retirement Security Plan | 13,862.34 | 0.00 | | 0.00 | FA |
| 11 | Stocks - Prudential (66) Value per share = $65.1 | 4,301.00 | 0.00 | | 0.00 | FA |
| 12 | 2009 federal income tax refund - $1039 Refund sp | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | 2000 Ford Contour with 110,000 miles Paid in Ful | 1,115.00 | 0.00 | | 0.00 | FA |
| 14 | 1999 Ford Escort with 100,000 miles Paid In Full | 975.00 | 0.00 | | 0.00 | FA |
| 15 | 2008 Nissan Versa with 30,000 miles NOTE: Son ma | 9,400.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Chevrolet Cobalt with 60,000 miles Market V | 6,275.00 | 0.00 | | 0.00 | FA |
| 17 | Wife had a possible interest in the estate of he | 0.00 | 0.00 | | 8,000.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| 18 | Assets Totals (Excluding unknown values) | **$211,080.34** | **$1,800.00** | | **$8,000.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee settled fraudulent conveyance action and reacquired funds that were due debtor from closed Florida Probate Estate. Final Report submitted to UST January 2011.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** February 10, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-27652 | | **Trustee:** | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MORRIS, GLEN A, SR. | | **Bank Name:** | The Bank of New York Mellon |
| | MORRIS, KATHLEEN B | | **Account:** | 9200-******28-65 - Money Market Account |
| **Taxpayer ID #:** | **-***3071 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/26/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/17/11 | {17} | Glen and Kathleen Morris | | 1129-000 | 8,000.00 | | 8,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 8,000.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.08 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 8,000.11 |
| 03/18/11 | | To Account #9200******2866 | to close case | 9999-000 | | 8,000.11 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 8,000.11 | 8,000.11 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,000.11 | |
| **Subtotal** | 8,000.11 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.11** | **$0.00** | |

{} Asset reference(s)

Printed: 05/26/2011 10:01 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-27652 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | MORRIS, GLEN A, SR. | | Bank Name: | The Bank of New York Mellon |
| | MORRIS, KATHLEEN B | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***3071 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/26/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/18/11 | | From Account #9200******2865 | to close case | 9999-000 | 8,000.11 | | 8,000.11 |
| 03/22/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $7.64, Trustee Expenses; Reference: | 2200-000 | | 7.64 | 7,992.47 |
| 03/22/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 6,442.47 |
| 03/22/11 | 103 | Discover Bank | Dividend paid 11.28% on $3,925.36; Claim# 1; Filed: $3,925.36; Reference: XXXXXXXX7775 | 7100-000 | | 443.10 | 5,999.37 |
| 03/22/11 | 104 | RBS Citizens | Dividend paid 11.28% on $7,068.41; Claim# 2; Filed: $7,068.41; Reference: XXXXXXXXXXXX1805 | 7100-000 | | 797.89 | 5,201.48 |
| 03/22/11 | 105 | Chase Bank USA, N.A. | Dividend paid 11.28% on $6,702.46; Claim# 3; Filed: $6,702.46; Reference: XXXXXXXX0091 | 7100-000 | | 756.59 | 4,444.89 |
| 03/22/11 | 106 | Chase Bank USA, N.A. | Dividend paid 11.28% on $7,241.83; Claim# 4; Filed: $7,241.83; Reference: XXXXXXXX1036 | 7100-000 | | 817.47 | 3,627.42 |
| 03/22/11 | 107 | Chase Bank USA, N.A. | Dividend paid 11.28% on $3,795.29; Claim# 5; Filed: $3,795.29; Reference: XXXXXXXX2311 | 7100-000 | | 428.42 | 3,199.00 |
| 03/22/11 | 108 | Sallie Mae | Dividend paid 11.28% on $12,112.10; Claim# 6-2; Filed: $12,112.10; Reference: XXXXXXXXXXXXXXXXX0503 | 7100-000 | | 1,367.24 | 1,831.76 |
| 03/22/11 | 109 | Capital Recovery III LLC | Dividend paid 11.28% on $11,303.97; Claim# 7; Filed: $11,303.97; Reference: XXXX-XXXX-XXXX-0627 | 7100-000 | | 1,276.01 | 555.75 |
| 03/22/11 | 110 | American Express Centurion Bank | Dividend paid 11.28% on $4,923.31; Claim# 8; Filed: $4,923.31; Reference: XXXXXXXXXXXX1363 | 7100-000 | | 555.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.11 | 8,000.11 | $0.00 |
| | | | Less: Bank Transfers | | 8,000.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,000.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,000.11** | |

{} Asset reference(s)  
Printed: 05/26/2011 10:01 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-27652 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | MORRIS, GLEN A, SR. | | **Bank Name:** | The Bank of New York Mellon |
| | MORRIS, KATHLEEN B | | **Account:** | 9200-******28-67 - Money Market Account |
| **Taxpayer ID #:** | **-***3071 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/26/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******28-65** | 8,000.11 | 0.00 | 0.00 |
| **Checking # 9200-******28-66** | 0.00 | 8,000.11 | 0.00 |
| **MMA # 9200-******28-67** | 0.00 | 0.00 | 0.00 |
| | $8,000.11 | $8,000.11 | $0.00 |